1
2
3
4
5                        **UNITED STATES DISTRICT COURT**
6                             **DISTRICT OF NEVADA**
7
8    JOHN M. FOSTER,                           CASE NO.: 3:13-CV-00060-RCJ-VPC
9                    Plaintiff,
                                                            **ORDER**
10        v.
11   KEN FURLONG, *et al.,*
12                   Defendants.
     _____
13
14       Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#8[1]) entered on

15   February 28, 2014, recommending that Plaintiff's amended complaint be dismissed with prejudice and

16   without leave to amend.  Plaintiff filed her Objection to the Report and Recommendation (#10) on

17   March 21, 2014.

18       The Court has conducted it's *de novo* review in this case, has fully considered the objections of

19   the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant

20   to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's

21   Report and Recommendation (#8) entered on February 28, 2014, should be adopted and accepted.

22       IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#8) is

23   ADOPTED AND ACCEPTED, Plaintiff's Amended Complaint is DISMISSED with PREJUDICE and

24   without leave to amend.  The Clerk shall enter judgment accordingly and close this case.

25       IT IS SO ORDERED.

26       DATED: this 3rd day of April, 2014.

27

28

                                                    _____
                                                    ROBERT C. JONES

_____

[1]Refers to court's docket number.